UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 05-cr-00515-MSK

UNITED STATES OF AMERICA,

       Plaintiff,

v.

RONALD JOHN RINKER,

       Defendant.

---

## ORDER AND NOTICE OF CHANGE OF PLEA HEARING

---

THIS MATTER comes before the Court following the filing of a Notice of Disposition

**(#18)** on August 30, 2007 by Defendant Ronald John Rinker.  The Court construes this Notice as

a motion to change his plea and to have the Court consider the terms of the parties' plea

agreement.

     **IT IS THEREFORE ORDERED** that:

1.     Pursuant to 18 U.S.C. § 3161(h)(1)(F) and (I), the speedy trial clock is tolled

     pending determination of those matters.

2.     A Change of Plea hearing is set for **November 26, 2007**  at **9:15 a.m.**  in the

     United States District Court for the District of Colorado, Courtroom A901, Alfred

     A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

3.     The final trial preparation conference set for September 20, 2007 and the

     September 24, 2007 trial date are **VACATED**.

Dated this 31st day of August, 2007

**BY THE COURT:**

Marcia S. Krieger
United States District Judge